■ RANDALL WEST, Appellant, v FORTEQ NORTH AMERICA, INC., et al., Defendants, and ENGEL MACHINERY, INC., Respondent. (Appeal No. 1.) [910 NYS2d 736]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered April 30, 2009 in a personal injury action. The order denied the cross motion of plaintiff for leave to amend the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.

■ RANDALL WEST, Appellant, v FORTEQ NORTH AMERICA, INC., et al., Defendants, and ENGEL MACHINERY, INC., Respondent. (Appeal No. 2.) [910 NYS2d 737]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered August 14, 2009 in a personal injury action. The order granted the motion of defendant Engel Machinery, Inc. for summary judgment and dismissed the complaint against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.

■ RANDALL WEST, Appellant, v FORTEQ NORTH AMERICA, INC., et al., Respondents, et al., Defendants. (Appeal No. 3.) [910 NYS2d 737]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered October 5, 2009. The order granted the motion of defendants Forteq North America, Inc., Mikron Corporation Rochester and Axxicon Components Rochester, Inc. to dismiss the complaint against those parties.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.